**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1573

LAUNEIL SANDERS,

             Plaintiff - Appellant,

      v.

BURTS TURNER AND RHODES, and its authorized insurance
representative; COUNTY OF SPARTANBURG, and its authorized
insurance representative,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  R. Bryan Harwell, District
Judge. (7:13-cv-02946-RBH)

Submitted:  October 21, 2014          Decided:  October 23, 2014

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Launeil Sanders, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Launeil Sanders appeals the district court's order adopting the magistrate judge's recommendation to dismiss Sanders' civil action pursuant to 28 U.S.C. § 1915(e)(2) (2012). On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Sanders' informal brief does not challenge the basis for the district court's disposition, Sanders has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED